UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| WENDY WRIGHT, | ) | No. 5:22-cv-04127-JD-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 16th day of May, 2023, upon consideration of the Defendant's Motion for Remand, ECF No. 10, indicating Plaintiff's counsel's consent, and pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby **ORDERED** that the Defendant's Motion, ECF No. 10, is GRANTED and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

May 16, 2023                                      Kaymani D. West
Florence, South Carolina                    United States Magistrate Judge